In re:                                                      Case No. 17-04300-HWV
Tracy Lee Baer                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: admin          Page 1 of 2          Date Rcvd: Jan 22, 2018
                             Form ID: 318          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2018.
```
db              +Tracy Lee Baer,    13953 Crest Avenue,    Waynesboro, PA 17268-9482
4980558         +Adam Zimmerman,    13953 Crest Avenue,    Waynesboro, PA 17268-9482
4980562        ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:  Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007)
4980563         +Chambersburg Hospital,    112 North Seventh Street,    Chambersburg, PA 17201-1700
4980564          Diagnostic Imaging Service LLC,    322 E Antietem St., Suite 106,    Hagerstown, MD 21740-5736
4980566         +Lendini,    10235 South Jordan Gateway,    Suite 410,    South Jordan, UT 84095-4188
4980567          Loandepo.co,    PO Box 11733,    Newark, NJ 07101-4733
4980569         +Meritus Medical Lab,    P.O. Box 824641,    Philadelphia, PA 19182-4641
4980570         +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
4990035          Nissan Motor Acceptance Corp,    PO Box 660366,    Dallas, TX  75266-0366
4980571         +OnDeck,    901 North Stuart Street, Suite 700,    Arlington, VA 22203-4129
4980572         +Robinwood Diagnostic Imaging Serv L,    c/o VCS, Inc.,    P.O. Box 7090,
                 Charlottesville, VA 22906-7090
4980574         +Sst/medallion,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
4980575          Sunrise Credit Svcs, Inc.,    P.O. Box 9100,    Farmingdale, NY 11735-9100
4980579          The Urological Center,    P.O. Box 37813,    Baltimore, MD 21297-7813
4980580          Waynesboro Family Medical Assoc,    1051 East Main Street,    Suite 1,
                 Waynesboro, PA 17268-2318
4980581         +Waynesboro Hospital,    501 East Main Street,    Waynesboro, PA 17268-2394
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4980559         +EDI: TSYS2.COM Jan 22 2018 18:58:00      Barclays Bank Delaware,    Po Box 8803,
                 Wilmington, DE 19899-8803
4980560         +E-mail/Text: wmagner@beaconfunding.com Jan 22 2018 18:54:03      Beacon Funding,
                 3400 Dundee Road,   Suite 180,    Northbrook, IL 60062-2367
4980561          EDI: CAPITALONE.COM Jan 22 2018 18:58:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
4980565         +EDI: DISCOVER.COM Jan 22 2018 18:58:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
4980568         +E-mail/Text: unger@members1st.org Jan 22 2018 18:54:18      Members 1st F C U,    5000 Louise Dr,
                 Mechanicsburg, PA 17055-4899
4981156         +EDI: PRA.COM Jan 22 2018 18:58:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
4980573         +EDI: SEARS.COM Jan 22 2018 18:58:00      Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
4980576         +EDI: RMSC.COM Jan 22 2018 18:58:00      Syncb/amer Eagle,    Po Box 965005,
                 Orlando, FL 32896-5005
4980577         +EDI: RMSC.COM Jan 22 2018 18:58:00      Syncb/amer Eagle Dc,    Po Box 965005,
                 Orlando, FL 32896-5005
4980578         +EDI: RMSC.COM Jan 22 2018 18:58:00      Syncb/care Credit,    950 Forrer Blvd,
                 Kettering, OH 45420-1469
4980582         +E-mail/Text: kleicht@whiterosecu.com Jan 22 2018 18:54:20      White Rosecu,    1529 Rodney Road,
                 York, PA 17408-9716
                                                                                TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2018                          Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2018 at the address(es) listed below:
        James Warmbrodt   on behalf of Creditor   Medallion Bank bkgroup@kmllawgroup.com
        John P Neblett (Trustee)   jpn@neblettlaw.com,  pa06@ecfcbis.com
        Julie Gray Dorsett   on behalf of Debtor 1 Tracy Lee Baer dorsettlaw.bk@comcast.net,
     r50928@notify.bestcase.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                      TOTAL: 4

| Debtor 1 | **Tracy Lee Baer** | | Social Security number or ITIN | **xxx–xx–9489** |
| | First Name   Middle Name   Last Name | | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 | | | Social Security number or ITIN | _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | | EIN | _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Middle District of Pennsylvania**

Case number:   **1:17–bk–04300–HWV**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tracy Lee Baer

**By the court:**

January 22, 2018

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**