```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 17-04300-HWV
Tracy Lee Baer                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: MMchugh         Page 1 of 1         Date Rcvd: Feb 20, 2018
                            Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2018.
          +JACKIE A BAER,    13953 CREST AVENUE,   WAYNESBORO, PA 17268-9482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2018 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Medallion Bank bkgroup@kmllawgroup.com
          Jerome B Blank    on behalf of Creditor    Ditech Financial LLC pamb@fedphe.com
          John P Neblett (Trustee)    jpn@neblettlaw.com, pa06@ecfcbis.com
          Julie Gray Dorsett    on behalf of Debtor 1 Tracy Lee Baer dorsettlaw.bk@comcast.net,
           r50928@notify.bestcase.com
          Thomas Song    on behalf of Creditor    Ditech Financial LLC pamb@fedphe.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 6

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | | |
|---|---|---|
| IN RE: | : | |
| TRACY LEE BAER | : | BK. No. 17-bk-04300-HWV |
| Debtor | : | |
| | : | Chapter No. 07 |
| DITECH FINANCIAL LLC | : | |
| Movant | : | |
| v. | : | |
| TRACY LEE BAER | : | |
| JACKIE A BAER (Non-Filing Co-Debtor) | : | 11 U.S.C. §362 |
| and | : | |
| JOHN P NEBLETT, (TRUSTEE) | : | |
| Respondents | : | |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY WITH RESPECT TO 13953 CREST AVENUE, WASHINGTON TOWNSHIP, PA 17268.**

Upon consideration of Motion of **DITECH FINANCIAL LLC** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, **13953 CREST AVENUE, WASHINGTON TOWNSHIP, PA 17268**(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **DITECH FINANCIAL LLC** may immediately enforce and implement this Order granting Relief from the Automatic Stay.

Dated: February 20, 2018

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Bankruptcy Judge (JG)