```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                              Case No. 17-04300-HWV
Tracy Lee Baer                                                      Chapter 7
         Debtor              CERTIFICATE OF NOTICE
```

District/off: 0314-1          User: MMchugh              Page 1 of 1              Date Rcvd: Apr 11, 2018
                              Form ID: fnldec            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
db           +Tracy Lee Baer,   13953 Crest Avenue,   Waynesboro, PA 17268-9482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Medallion Bank bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    Ditech Financial LLC pamb@fedphe.com
              John P Neblett (Trustee)    jpn@neblettlaw.com, pa06@ecfcbis.com
              Julie Gray Dorsett    on behalf of Debtor 1 Tracy Lee Baer dorsettlaw.bk@comcast.net,
               r50928@notify.bestcase.com
              Thomas   Song    on behalf of Creditor    Ditech Financial LLC pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Tracy Lee Baer
13953 Crest Avenue
Waynesboro, PA 17268

Chapter 7
Case No. 1:17−bk−04300−HWV

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−9489

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, John P Neblett (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: April 11, 2018

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk